■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BRATHWAITE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered March 1, 1985, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD CARROLL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Levine, J.), rendered March 5, 1984, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The evidence, viewed in the light most favorable to the prosecution, is legally sufficient as a matter of law to support the defendant's conviction (see, People v Malizia, 62 NY2d 755, cert denied 469 US 932). Moreover, upon the exercise of our factual review power, we are satisfied that the defendant's guilt was established beyond a reasonable doubt and that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]).

The court did not err in permitting the prosecutor to cross-examine the alibi witness about her earlier failure to notify the authorities of her information; a bench conference was held, a proper foundation was then laid (see, People v Dawson, 50 NY2d 311, 322-323), and a limiting instruction was given, as requested by the defense counsel.

We have examined the defendant's remaining contentions and find them to be without merit. Mangano, J. P., Brown, Lawrence and Spatt, JJ., concur.